## In the Interest of E.G., a Minor, Appellant,

v.

## JUVENILE OFFICER, Twenty–Second Judicial Circuit, Respondent.

### No. 69536.

Missouri Court of Appeals,
Eastern District,
Division One.

July 23, 1996.

Steven D. Miller, St. Louis, for appellant.

Andrew T. Kotschar, St. Louis, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Appellant, E.G., a minor, challenges the trial court's judgment finding him within the jurisdiction of the juvenile court based on a single count of first degree tampering in violation of § 569.080.1(2), RSMo 1994. We affirm.

We have reviewed the briefs of the parties, the transcript and the legal file and find no error of law. An extended opinion would have no precedential value. We affirm the trial court's judgment pursuant to Rule 84.16(b).

## Eugene Devere NEWCOMER, Appellant,

v.

## Diane Groh NEWCOMER, Respondent.

### No. 68080.

Missouri Court of Appeals,
Eastern District,
Southern Division.

July 23, 1996.

David S. Limbaugh, Cape Girardeau, for appellant.

Richard G. Steele, Stephen C. Christiansen, Cape Girardeau, for respondent.

Before GRIMM, P.J., and AHRENS and DOWD, JJ.

### ORDER

PER CURIAM.

Plaintiff Eugene Devere Newcomer appeals the trial court's awarding of maintenance to Diane Groh Newcomer. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).